RECEIVED AND...
JUN 3 1 47 PM '11

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re ) Case No. BK-S-08-23839 LBR
)
Hawkins, Birton Johnny, Ii ) IN PROCEEDINGS UNDER CHAPTER 7
Hawkins, Lorena )
                Debtor(s) ) NOTICE OF UNCLAIMED FUNDS
)

TO:      Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 12P | IRS<br>Po box 21126<br>Philadelphia PA 19114 | | $ 3,796.03 |
| | Sub-Totals | $ 0.00 | $ 3,796.03 |
| | Total check | | $ 3,796.03 |

Date: May 24, 2011

_____
Trustee William A. Leonard, Jr.

loc # 202092  $3,796.03